B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–13015**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Roy Blavvise | Orit Groag Blavvise |
| 4756 W. Bryn Mawr | 4756 W. Bryn Mawr |
| Chicago, IL 60646 | Chicago, IL 60646 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–4582                                  xxx–xx–3082

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

     It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                 FOR THE COURT

Dated: <u>August 7, 2012</u>                             <u>Kenneth S. Gardner, Clerk</u>
                                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
```

In re:                                                              Case No. 12-13015-PSH
Roy Blavvise                                                        Chapter 7
Orit Groag Blavvise
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2           Date Rcvd: Aug 07, 2012
                              Form ID: b18             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2012.
```
db/jdb     +Roy Blavvise,    Orit Groag Blavvise,    4756 W. Bryn Mawr,    Chicago, IL 60646-6634
18709556    BankUnited, FSB,    7765 NW 148th St.,    Miami Lakes, FL 33016
18709558   +Citi Mortgage, Inc,    14700 Citicorp Drive,    MC 0251,    Hagerstown, MD 21742-2205
18709560   +David and Hilary Pisor,    1940 W. Dickens,    Chicago, IL 60614-8161
18709562   +Fifth Third Bank,    PO Box 630337,    Cincinnati, OH 45263-0337
18709561   +Fifth Third Bank,    PO Box 740778,    Cincinnati, OH 45274-0778
18709563   +Fifth Third Bank,    999 Vanderbilt Beach Road,    Naples, FL 34108-3510
18709565   +Joseph K. Browne,    30 W. 14th St.,    Chicago, IL 60605-2714
18709569   +Michael Litz,    2221 S. Wason Rd.,    Saint Louis, MO 63124-1060
18709571   +Moshe and Hulda Shamoul,    5604 N. Kedvale,    Chicago, IL 60646-6709
18709572   +Nicholas Prestonemon William Winter,    Jacob and Peter Ball,    1150 W. Ohio 1W,
             Chicago, IL 60642-6429
18709573   +Shaun and Kelly Hayes,    4 Fordyce Ln.,    Saint Louis, MO 63124-1338
18709574   +Wells Fargo,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,    1 North Dearborn, Suite 1300,
             Chicago, Illinois 60602-4373
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: BKRGOODMAN.COM Aug 08 2012 00:53:00      Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,
             111 East Wacker Drive,    Suite 2800,    Chicago, IL 60601-4277
18709554   +EDI: MERRICKBANK.COM Aug 08 2012 00:53:00      Advanta Bankcorp,    PO Box 8088,
             Philadelphia, PA 19101-8088
18709555   +EDI: AMEREXPR.COM Aug 08 2012 00:53:00      Americn Express,    PO BOX 0001,
             Los Angeles, CA 90096-8000
18709557   +EDI: CHASE.COM Aug 08 2012 00:53:00      Chase Bank,    PO Box 9001123,    Louisville, KY 40290-1123
18709559   +EDI: CITICORP.COM Aug 08 2012 00:53:00      CitiBank,    Citi Cards Processing Center,
             Des Moines, IA 50363-0001
19162075    EDI: BANKAMER2.COM Aug 08 2012 00:53:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
             Wilmington, DE 19886-5102
18709564    E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 08 2012 02:48:48       Green Tree Servicing,
             P.O. Box 6154,    Rapid City, SD 57009
18709568   +EDI: BANKAMER.COM Aug 08 2012 00:53:00      Master Card, Bank of America,    PO Box 851001,
             Dallas, TX 75285-1001
19070175    EDI: MERRICKBANK.COM Aug 08 2012 00:53:00      Merrick Bank,    Resurgent Capital Services,
             PO Box 10368,    Greenville, SC 29603-0368
18709570   +E-mail/Text: Bankruptcyemails@montgomerybank.com Aug 08 2012 02:13:29       Montgomery Bank, N.A.,
             13303 Manchester Road,    Saint Louis, MO 63131-1710
                                                                                                TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18709566*   +Joseph K. Browne,    30 W. 14th St.,    Chicago, IL 60605-2714
18709567*   +Joseph K. Browne,    30 W. 14th St.,    Chicago, IL 60605-2714
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2012**                    **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Aug 07, 2012
                              Form ID: b18             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2012 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Cindy M. Johnson    on behalf of Debtor Roy Blavvise cjohnson@jnlegal.net,    clega@jnlegal.net
          Joel P Fonferko    on behalf of Creditor   JPMorgan Chase Bank, National Association
           ND-Two@il.cslegal.com
          Karen R Goodman    kgoodman@shefskylaw.com,   il24@ecfcbis.com;sfdocket@shefskylaw.com
          Lydia Y Siu    on behalf of Creditor   WELLS FARGO BANK lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```