|  |  |
|---|---|
| The Honorable: | PAMELA S. HOLLIS |
| Chapter 7 | |
| Location: | Room 644 |
| Hearing Date: | 02/28/2013 |
| Hearing Time: | 10:00am |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | BLAVVISE, ROY | § | Case No. 12-13015 |
|---|---|---|---|
|  | BLAVVISE, ORIT GROAG | § | |
|  |  | § | |
| Debtor(s) |  | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 02/28/2013 in Courtroom 644, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| Date Mailed: 01/29/2013 | By: | /s/KAREN R. GOODMAN |
|---|---|---|
|  |  | Trustee |

KAREN R. GOODMAN
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000
**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| KAREN R. GOODMAN<br>SHEFSKY & FROELICH, LTD<br>111 East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601<br>(312) 527-4000<br>Chapter 7 Trustee | The Honorable:  PAMELA S. HOLLIS<br>Chapter  7<br>Location:  Room 644<br>Hearing Date:  02/28/2013  / /<br>Hearing Time:  10:00 am<br>Response Date:  / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BLAVVISE, ROY § Case No. 12-13015
     BLAVVISE, ORIT GROAG §
                         §
Debtor(s)                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of            $     18,023.77

and approved disbursements of                 $        101.12

leaving a balance on hand of [1]              $     17,922.65

**Balance on hand:**                          $     17,922.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $        0.00
Remaining balance:                        $   17,922.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,552.38 | 0.00 | 2,552.38 |
| Trustee, Expenses - KAREN R. GOODMAN | 12.29 | 0.00 | 12.29 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH LTD. | 2,016.00 | 0.00 | 2,016.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,088.80 | 0.00 | 1,088.80 |

  1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Accountant for Trustee, Expenses - | 0.00 | 17.70 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 5,687.17 |
| Remaining balance: | $ | 12,235.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 12,235.48 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 12,235.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,366.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Merrick Bank | 3,261.20 | 0.00 | 733.95 |
| 2 | FIA CARD SERVICES, N.A. | 24,457.52 | 0.00 | 5,504.30 |
| 3 | PYOD, LLC its successors and assigns as assignee | 15,919.27 | 0.00 | 3,582.72 |
| 4 | American Express Centurion Bank | 10,728.50 | 0.00 | 2,414.51 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 12,235.48 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                      United States Bankruptcy Court
                       Northern District of Illinois
In re:                                                    Case No. 12-13015-PSH
Roy Blavvise                                              Chapter 7
Orit Groag Blavvise
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1         User: adragonet            Page 1 of 2         Date Rcvd: Jan 30, 2013
                             Form ID: pdf006            Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2013.

```
db/jdb      +Roy Blavvise,   Orit Groag Blavvise,   4756 W. Bryn Mawr,   Chicago, IL 60646-6634
19398425     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18709555    +Americn Express,   PO BOX 0001,   Los Angeles, CA 90096-8000
18709556     BankUnited, FSB,   7765 NW 148th St.,   Miami Lakes, FL 33016
18709557    +Chase Bank,   PO Box 9001123,   Louisville, KY 40290-1123
18709558    +Citi Mortgage, Inc,   14700 Citicorp Drive,   MC 0251,   Hagerstown, MD 21742-2205
18709559    +CitiBank,   Citi Cards Processing Center,   Des Moines, IA 50363-0001
18709560    +David and Hilary Pisor,   1940 W. Dickens,   Chicago, IL 60614-8161
19162075     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18709563    +Fifth Third Bank,   999 Vanderbilt Beach Road,   Naples, FL 34108-3510
18709562    +Fifth Third Bank,   PO Box 630337,   Cincinnati, OH 45263-0337
18709561    +Fifth Third Bank,   PO Box 740778,   Cincinnati, OH 45274-0778
18709565    +Joseph K. Browne,   30 W. 14th St.,   Chicago, IL 60605-2714
18709568    +Master Card, Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
18709569    +Michael Litz,   2221 S. Wason Rd.,   Saint Louis, MO 63124-1060
18709571    +Moshe and Hulda Shamoul,   5604 N. Kedvale,   Chicago, IL 60646-6709
18709572    +Nicholas Prestonemon William Winter,   Jacob and Peter Ball,   1150 W. Ohio 1W,
              Chicago, IL 60642-6429
18709573    +Shaun and Kelly Hayes,   4 Fordyce Ln.,   Saint Louis, MO 63124-1338
18709574    +Wells Fargo,   Andrew J. Nelson,   PIERCE & ASSOCIATES, P.C.,   1 North Dearborn, Suite 1300,
              Chicago, Illinois 60602-4373
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18709554    +E-mail/Text: bkr@cardworks.com Jan 31 2013 02:19:49      Advanta Bankcorp,   PO Box 8088,
              Philadelphia, PA 19101-8088
18709564     E-mail/Text: bankruptcy.bnc@gt-cs.com Jan 31 2013 02:23:24      Green Tree Servicing,
              P.O. Box 6154,   Rapid City, SD 57009
19070175     E-mail/Text: bkr@cardworks.com Jan 31 2013 02:19:49      Merrick Bank,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
18709570    +E-mail/Text: Bankruptcyemails@montgomerybank.com Jan 31 2013 02:22:07      Montgomery Bank, N.A.,
              13303 Manchester Road,   Saint Louis, MO 63131-1710
19369494    +E-mail/Text: resurgentbknotifications@resurgent.com Jan 31 2013 02:14:39
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18709566*   +Joseph K. Browne,   30 W. 14th St.,   Chicago, IL 60605-2714
18709567*   +Joseph K. Browne,   30 W. 14th St.,   Chicago, IL 60605-2714
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2013**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet            Page 2 of 2          Date Rcvd: Jan 30, 2013
                              Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2013 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Cindy M. Johnson    on behalf of Joint Debtor Orit Groag Blavvise cjohnson@jnlegal.net, KLindsey@jnlegal.net
        Cindy M. Johnson    on behalf of Debtor Roy  Blavvise cjohnson@jnlegal.net,  KLindsey@jnlegal.net
        Joel P Fonferko    on behalf of Creditor    JPMorgan Chase Bank, National Association ND-Two@il.cslegal.com
        Karen R Goodman, ESQ    kgoodman@shefskylaw.com,    il24@ecfcbis.com;sfdocket@shefskylaw.com
        Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@shefskylaw.com, il24@ecfcbis.com;sfdocket@shefskylaw.com
        Lydia Y Siu    on behalf of Creditor    WELLS FARGO BANK lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 8

Case 12-13015    Doc 48    Filed 01/30/13    Entered 02/01/13 23:40:38    Desc Imaged
Certificate of Notice    Page 6 of 6