# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13015 PSH  
**Case Name:** BLAVVISE, ROY  
BLAVVISE, ORIT GROAG  
**Period Ending:** 03/31/13

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 06/05/12  
**Claims Bar Date:** 09/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 4756 W. Bryn Mawr simple, Chi<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 660,700.00 | 0.00 | | 0.00 | FA |
| 2 | Conodminium 1150 W. Ohio 1W Simple, Chicago, IL<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 249,500.00 | 0.00 | | 0.00 | FA |
| 3 | 1/2 Interest in Condominium located at 13965 Avo<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 115,000.00 | 0.00 | | 0.00 | FA |
| 4 | US Currency<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 200.00 | | 0.00 | FA |
| 5 | Northshore Community Bank, Fidelity<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 14,023.77 | 6,023.77 | | 6,023.77 | FA |
| 6 | Bedroom, Living Room, Front Room, Home Office Fu<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 7 | textbooks, wall art, CD's<br>  Orig. Asset Memo: Imported from original petition Doc# 1; | 380.00 | 380.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13015 PSH  
**Case Name:** BLAVVISE, ROY  
BLAVVISE, ORIT GROAG  
**Period Ending:** 03/31/13  

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 06/05/12  
**Claims Bar Date:** 09/19/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Dress and Casual Clothes<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 1,350.00 | 0.00 | | 0.00 | FA |
| 9 | Watches and Rings<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 500.00 | | 0.00 | FA |
| 10 | Cameras<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 200.00 | | 0.00 | FA |
| 11 | 401-K Plan for ILSE American Fund IN, IRA accoun<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 96,059.98 | 0.00 | | 0.00 | FA |
| 12 | B&B Holland Groves, LLC, 19 East, LLC<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Manna Realty LLC 25% interest<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 14 | B&B Holland Groves LLC (Dissolved)<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13015 PSH  
**Case Name:** BLAVVISE, ROY  
BLAVVISE, ORIT GROAG  
**Period Ending:** 03/31/13

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 06/05/12  
**Claims Bar Date:** 09/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Blavvise & Brown Investment Group LLC (Dissolved<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 16 | ILSE Property Management (d/b/a of Roy Blavvise)<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2 computers (3 and 4 years old)<br>   Orig. Asset Memo: Imported from original petition Doc# 1; | 150.00 | 0.00 | | 0.00 | FA |
| 18 | Preference action agains Debtor's grandparents (u) | Unknown | Unknown | | 12,000.00 | FA |
| **18** | **Assets** **Totals** (Excluding unknown values) | **$1,141,563.75** | **$10,803.77** | | **$18,023.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

    File TDR on receipt of zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013      **Current Projected Date Of Final Report (TFR):** January 29, 2013 (Actual)

Printed: 04/19/2013 03:36 PM     V.13.13

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-13015 PSH | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- |
| Case Name: | BLAVVISE, ROY | Bank Name: | Rabobank, N.A. |
| | BLAVVISE, ORIT GROAG | Account: | ****669266 - Checking Account |
| Taxpayer ID #: | **-***1431 | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period: | 01/01/12 - 03/31/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 17,922.65 | | 17,922.65 |
| 02/28/13 | 10101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 02/28/2013 | 3420-000 | | 17.70 | 17,904.95 |
| 02/28/13 | 10102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 02/28/2013 | 3410-000 | | 1,088.80 | 16,816.15 |
| 02/28/13 | 10103 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 02/28/2013 | 2200-000 | | 12.29 | 16,803.86 |
| 02/28/13 | 10104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 02/28/2013 | 2100-000 | | 2,552.38 | 14,251.48 |
| 02/28/13 | 10105 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 02/28/2013 | 3110-000 | | 2,016.00 | 12,235.48 |
| 02/28/13 | 10106 | Merrick Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 02/28/2013 | 7100-000 | | 733.95 | 11,501.53 |
| 02/28/13 | 10107 | FIA CARD SERVICES, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 02/28/2013 | 7100-000 | | 5,504.30 | 5,997.23 |
| 02/28/13 | 10108 | PYOD, LLC its successors and assigns as assignee | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER OF 02/28/2013 | 7100-000 | | 3,582.72 | 2,414.51 |
| 02/28/13 | 10109 | American Express Centurion Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER OF 02/28/2013 | 7100-000 | | 2,414.51 | 0.00 |

Subtotals : $17,922.65 $17,922.65

{} Asset reference(s)

Printed: 04/19/2013 03:36 PM V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 12-13015 PSH | **Trustee:** | KAREN R. GOODMAN (520191) |
| **Case Name:** | BLAVVISE, ROY | **Bank Name:** | Rabobank, N.A. |
| | BLAVVISE, ORIT GROAG | **Account:** | ****669266 - Checking Account |
| **Taxpayer ID #:** | **-***1431 | **Blanket Bond:** | $61,494,000.00   (per case limit) |
| **Period:** | 01/01/12 - 03/31/13 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 17,922.65 | 17,922.65 | $0.00 |
| | | | Less: Bank Transfers | | 17,922.65 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 17,922.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$17,922.65** | |

{} Asset reference(s)   Printed: 04/19/2013 03:36 PM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-13015 PSH | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | BLAVVISE, ROY | | Bank Name: | The Bank of New York Mellon |
| | BLAVVISE, ORIT GROAG | | Account: | 9200-******54-66 - Checking Account |
| Taxpayer ID #: | **-***1431 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period: | 01/01/12 - 03/31/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/23/12 | {5} | Roy Blavvise | Turnover of non-exempt portion of debtors' bank account | 1129-000 | 6,023.77 | | 6,023.77 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,998.77 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,973.77 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,948.77 |
| 11/12/12 | {18} | Roy Blavvise | Payment of settlement amount for preference action against debtor's grandparents per Court Order dated | 1241-000 | 12,000.00 | | 17,948.77 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.12 | 17,922.65 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052019188 20130103 | 9999-000 | | 17,922.65 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,023.77 | 18,023.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,922.65 | |
| | | | **Subtotal** | | 18,023.77 | 101.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,023.77** | **$101.12** | |

{} Asset reference(s)

Printed: 04/19/2013 03:36 PM     V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 12-13015 PSH | | **Trustee:** | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| **Case Name:** | BLAVVISE, ROY | | **Bank Name:** | The Bank of New York Mellon |
| | BLAVVISE, ORIT GROAG | | **Account:** | 9200-******54-66 - Checking Account |
| **Taxpayer ID #:** | **-***1431 | | **Blanket Bond:** | $61,494,000.00 (per case limit) |
| **Period:** | 01/01/12 - 03/31/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  18,023.77

Net Estate :  $18,023.77

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****669266** | 0.00 | 17,922.65 | 0.00 |
| **Checking # 9200-******54-66** | 18,023.77 | 101.12 | 0.00 |
| | $18,023.77 | $18,023.77 | $0.00 |