| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | PAMELA S. HOLLIS |
| SHEFSKY & FROELICH, LTD | Chapter   7 | |
| 111East Wacker Drive | Location: | |
| SUITE 2800 | Hearing Date: | / / |
| CHICAGO, IL  60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
|           Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BLAVVISE, ROY § Case No. 12-13015
      BLAVVISE, ORIT GROAG §
                            §
  Debtor(s)                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,127,539.98              Assets Exempt:  $135,833.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,235.48      Claims Discharged
                                                 Without Payment: $42,131.01

Total Expenses of Administration: $5,788.29

---

3) Total gross receipts of $     18,023.77    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of  $18,023.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,788.29 | 5,788.29 | 5,788.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 54,366.49 | 54,366.49 | 12,235.48 |
| **TOTAL DISBURSEMENTS** | $0.00 | $60,154.78 | $60,154.78 | $18,023.77 |

4) This case was originally filed under Chapter 7 on March 30, 2012. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/13/2013          By: /s/KAREN R. GOODMAN
                                Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Northshore Community Bank, Fidelity | 1129-000 | 6,023.77 |
| Preference action agains Debtor's grandparents | 1241-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,023.77** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,552.38 | 2,552.38 | 2,552.38 |
| KAREN R. GOODMAN | 2200-000 | N/A | 12.29 | 12.29 | 12.29 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 2,016.00 | 2,016.00 | 2,016.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,088.80 | 1,088.80 | 1,088.80 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| ALAN D. LASKO | 3420-000 | N/A | 17.70 | 17.70 | 17.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.12 | 26.12 | 26.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,788.29 | $5,788.29 | $5,788.29 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Merrick Bank | 7100-000 | N/A | 3,261.20 | 3,261.20 | 733.95 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 24,457.52 | 24,457.52 | 5,504.30 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 15,919.27 | 15,919.27 | 3,582.72 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 10,728.50 | 10,728.50 | 2,414.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $54,366.49 | $54,366.49 | $12,235.48 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13015  
**Case Name:** BLAVVISE, ROY  
BLAVVISE, ORIT GROAG  
**Period Ending:** 05/13/13

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 06/05/12  
**Claims Bar Date:** 09/19/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family Home 4756 W. Bryn Mawr simple, Chi  Orig. Asset Memo: Imported from original petition Doc# 1; | 660,700.00 | 0.00 | | 0.00 | FA |
| 2 | Conodminium 1150 W. Ohio 1W Simple, Chicago, IL  Orig. Asset Memo: Imported from original petition Doc# 1; | 249,500.00 | 0.00 | | 0.00 | FA |
| 3 | 1/2 Interest in Condominium located at 13965 Avo  Orig. Asset Memo: Imported from original petition Doc# 1; | 115,000.00 | 0.00 | | 0.00 | FA |
| 4 | US Currency  Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 200.00 | | 0.00 | FA |
| 5 | Northshore Community Bank, Fidelity  Orig. Asset Memo: Imported from original petition Doc# 1; | 14,023.77 | 6,023.77 | | 6,023.77 | FA |
| 6 | Bedroom, Living Room, Front Room, Home Office Fu  Orig. Asset Memo: Imported from original petition Doc# 1; | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 7 | textbooks, wall art, CD's  Orig. Asset Memo: Imported from original petition Doc# 1; | 380.00 | 380.00 | | 0.00 | FA |
| 8 | Dress and Casual Clothes  Orig. Asset Memo: Imported from original petition Doc# 1; | 1,350.00 | 0.00 | | 0.00 | FA |
| 9 | Watches and Rings  Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 500.00 | | 0.00 | FA |
| 10 | Cameras  Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 200.00 | | 0.00 | FA |
| 11 | 401-K Plan for ILSE American Fund IN, IRA accoun  Orig. Asset Memo: Imported from original petition Doc# 1; | 96,059.98 | 0.00 | | 0.00 | FA |
| 12 | B&B Holland Groves, LLC, 19 East, LLC | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-13015  
**Case Name:** BLAVVISE, ROY  
BLAVVISE, ORIT GROAG  
**Period Ending:** 05/13/13

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/30/12 (f)  
**§341(a) Meeting Date:** 06/05/12  
**Claims Bar Date:** 09/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1; |  |  |  |  |  |
| 13 | Manna Realty LLC 25% interest<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 |  | 0.00 | FA |
| 14 | B&B Holland Groves LLC (Dissolved)<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 |  | 0.00 | FA |
| 15 | Blavvise & Brown Investment Group LLC (Dissolved)<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 |  | 0.00 | FA |
| 16 | ILSE Property Management (d/b/a of Roy Blavvise)<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | 2 computers (3 and 4 years old)<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 150.00 | 0.00 |  | 0.00 | FA |
| 18 | Preference action agains Debtor's grandparents  (u) | Unknown | Unknown |  | 12,000.00 | FA |
| 18 | **Assets** **Totals** (Excluding unknown values) | **$1,141,563.75** | **$10,803.77** |  | **$18,023.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

    File TDR on receipt of zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2013     **Current Projected Date Of Final Report (TFR):**     January 29, 2013  (Actual)

Printed: 05/13/2013 09:20 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-13015  
**Case Name:** BLAVVISE, ROY  
BLAVVISE, ORIT GROAG  
**Taxpayer ID #:** **-***1431  
**Period Ending:** 05/13/13

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-66 - Checking Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/12 | {5} | Roy Blavvise | Turnover of non-exempt portion of debtors' bank account | 1129-000 | 6,023.77 | | 6,023.77 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,998.77 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,973.77 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,948.77 |
| 11/12/12 | {18} | Roy Blavvise | Payment of settlement amount for preference action against debtor's grandparents per Court Order dated | 1241-000 | 12,000.00 | | 17,948.77 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.12 | 17,922.65 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052019188 20130103 | 9999-000 | | 17,922.65 | 0.00 |

|  | ACCOUNT TOTALS | 18,023.77 | 18,023.77 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 17,922.65 | |
| | **Subtotal** | **18,023.77** | **101.12** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$18,023.77** | **$101.12** | |

{} Asset reference(s)

Printed: 05/13/2013 09:20 AM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 12-13015 | | **Trustee:** | KAREN R. GOODMAN (520191) |
| **Case Name:** | BLAVVISE, ROY | | **Bank Name:** | Rabobank, N.A. |
| | BLAVVISE, ORIT GROAG | | **Account:** | ****669266 - Checking Account |
| **Taxpayer ID #:** | **-***1431 | | **Blanket Bond:** | $61,494,000.00   (per case limit) |
| **Period Ending:** | 05/13/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 17,922.65 | | 17,922.65 |
| 02/28/13 | 10101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 02/28/2013 | 3420-000 | | 17.70 | 17,904.95 |
| 02/28/13 | 10102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 02/28/2013 | 3410-000 | | 1,088.80 | 16,816.15 |
| 02/28/13 | 10103 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 02/28/2013 | 2200-000 | | 12.29 | 16,803.86 |
| 02/28/13 | 10104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 02/28/2013 | 2100-000 | | 2,552.38 | 14,251.48 |
| 02/28/13 | 10105 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 02/28/2013 | 3110-000 | | 2,016.00 | 12,235.48 |
| 02/28/13 | 10106 | Merrick Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 02/28/2013 | 7100-000 | | 733.95 | 11,501.53 |
| 02/28/13 | 10107 | FIA CARD SERVICES, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 02/28/2013 | 7100-000 | | 5,504.30 | 5,997.23 |
| 02/28/13 | 10108 | PYOD, LLC its successors and assigns as assignee | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER OF 02/28/2013 | 7100-000 | | 3,582.72 | 2,414.51 |
| 02/28/13 | 10109 | American Express Centurion Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER OF 02/28/2013 | 7100-000 | | 2,414.51 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 17,922.65 | 17,922.65 | $0.00 |
| Less: Bank Transfers | | 17,922.65 | 0.00 | |
| **Subtotal** | | 0.00 | 17,922.65 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$17,922.65** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******54-66 | 18,023.77 | 101.12 | 0.00 |
| Checking # ****669266 | 0.00 | 17,922.65 | 0.00 |
| | $18,023.77 | $18,023.77 | $0.00 |

{} Asset reference(s)                                                                                                                          Printed: 05/13/2013 09:20 AM    V.13.13