**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:  Roy and Orit Blavvise ) | |
| ) | Chapter 7 |
| Debtor ) | |
| ) | Case No. 12-13015 |
| ) | Honorable Pamela S. Hollis |
| ) | Set for: February 10, 2015 |
| ) | at:  10:00 a.m. |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on February 10, 2014 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis in Room 644 of the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, or in his absence, before any other Judge who may be sitting in his stead, and shall then and there present **Debtors' Motion to Reopen Case**, a copy of which was previously filed and previously served upon you.

_____/s/ Kyle A. Lindsey_____

Kyle A. Lindsey
Johnson Legal Group, LLC
140 S. Dearborn St., Suite 1510
Chicago, Illinois 60603
(312)345-1306

## CERTIFICATE OF SERVICE

I, Kyle A. Lindsey, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on February 2, 2015.

_____/s/ Kyle A. Lindsey_____

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- JPMorgan Chase Bank, National Association    ND-One@il.cslegal.com
- Karen R Goodman, ESQ    kgoodman@taftlaw.com, kgoodman@shefskylaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Cindy M. Johnson    cjohnson@jnlegal.net
- WELLS FARGO BANK    anelson@atty-pierce.com, lsiu@atty-pierce.com

**Manual Notice List**

- BankUnited, FSB    - 7765 NW 148th St., Miami Lakes, FL 33016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: Roy and Orit Blavvise ) ) ) | |
| ) | Chapter 7 |
| Debtor ) ) | Case No. 12-13015 |
| ) ) | Honorable Pamela S. Hollis |
| ) | |

## MOTION TO REOPEN CASE

NOW COMES Roy and Orit Blavvise, Debtors herein, through their attorneys Johnson Legal Group, LLC, and move this court to open the instant case in order to prosecute their Motion to Avoid Judicial Lien which is being filed contemporaneously with this Motion, and in support thereof they state as follows:

1. The case was filed as a voluntary Chapter 7 proceeding on March 30, 2012.

2. The Debtors received their discharge on August 7, 2012, and the case was closed on May 22, 2013.

3. Creditor, Bank United FSB, obtained a deficiency judgment solely against Mr. Blavvise prior to the Debtors' bankruptcy, and had recorded a judgment lien against the marital residence.

4. The Debtors seek to reopen their bankruptcy case pursuant to 11 U.S.C. § 350(b) in order to avoid the judicial liens of Bank United FSB pursuant to 11 U.S.C. 522(f), which motions are being filed contemporaneously with this Motion.

WHEREFORE, Roy and Orit Blavvise, Debtors herein, hereby pray that their case be reopened for the purpose of prosecuting their motion to avoid the judicial lien of Bank United FSB, and for any such and further relief as this court deems just.

        Respectfully submitted,

        ROY AND ORIT BLAVVISE

        /s/   Kyle A. Lindsey_____
        Kyle A. Lindsey

Kyle A. Lindsey
Johnson Legal Group, LLC
140 S. Dearborn St., Ste. 1510
Chicago, IL 60603
Tel: (312) 345-1306
Fax: (312) 345-1308
Email: klindsey@jnlegal.net