UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-13015 |
| | ) | |
| ROY AND ORIT BLAVVISE | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AVOIDING JUDICIAL LIEN

THIS CAUSE coming forth upon Motion of the Debtors, Roy and Orit Blavvise, to avoid the judicial lien of Bank United, FSB, due notice having been given and the court being fully advised:

IT IS HEREBY ORDERED:

Pursuant to 11 U.S.C. § 522(f)(1)(A), the judicial lien held by Bank United, FSB on the Debtor's property located at 4756 W. Bryn Mawr, Chicago IL 60646, is avoided in its entirety.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  March 03, 2015

**Prepared by:**

Kyle A. Lindsey
Johnson Legal Group, LLC
140 S. Dearborn St., Ste. 1510
Chicago, IL 60603
312-345-1306